IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40308
Summary Calendar
_____

FRANK RAMIREZ GUEVARA,

Plaintiff-Appellant,

versus

CAROL VANCE, ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 94-CV-181

_____

March 13 1996
Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

This is an appeal from the dismissal of appellant's civil rights complaint against several defendants as frivolous pursuant to 28 U.S.C. § 1915(d) and the dismissal of his complaint against the remaining defendants following a bench trial. We have reviewed the record, the district court's order, and the briefs, and determine that the appeal is frivolous.

Because the appeal is frivolous, it is DISMISSED. 5th Cir. Rule 42.2.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We caution Guevara that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Guevara is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING GIVEN.